**Electronically Filed
Supreme Court
SCWC-20-0000728
07-MAR-2022
07:52 AM
Dkt. 15 ODAC**

SCWC-20-0000728

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

IN THE INTEREST OF LC, AC, IC, AND DG

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000728; FC-S NOS. 20-1-0022, 20-1-0023,
20-1-0024 and 20-1-0025)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Appellant Mother's application for writ of

certiorari filed on January 13, 2022, is hereby rejected.

DATED:  Honolulu, Hawai'i, March 7, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

